UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANDERSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　　Respondent. | Case No. 22-cv-04732-JD<br><br>**ORDER RE DISMISSAL** |

Petitioner, a state prisoner acting pro se, sent a letter to the Court regarding habeas relief. Petitioner was sent a notice that he had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis ("IFP") or submitted a formal petition. He was provided twenty-eight days correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP, submitted a formal petition or otherwise communicated with the Court. The case is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 4, 2022

_____
JAMES DONATO
United States District Judge